UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE,<br><br>        Plaintiff,<br>v.<br><br>JOSEPH CARNEY, et al.,<br><br>        Defendants. | Case No. 5:13-cv-04258-PSG<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties shall file a joint case management statement within seven days.

**IT IS SO ORDERED.**

Dated: July 1, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge