Gerald L. Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone 1-650-948-1790

Pro se

FILED
JUL 11 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## United States District Court
### Northern District of California, San Jose Division

| | |
|---|---|
| GERALD ROYLANCE,<br>Plaintiff,<br>vs.<br>JOSEPH CARNEY et al<br>Defendants | Case No.: 13 CV 04258 PSG<br><br>NOTICE OF SETTLEMENT<br><br>Date:<br>Time:<br>Courtroom: 5 (4th Floor)<br>Judge: Hon. Paul Grewal |

    About a month ago, the parties agreed to settle this case. Unfortunately, the settlement has languished. Apparently each of us expected the other side to move.

    Yesterday afternoon I viewed the case docket and discovered the Court's order to both of us about filing a joint statement in seven days. I did not receive service of that order and was not aware of it until yesterday. (I did receive an order in another case dated 2 July.)

    This morning I sent an email to Mr. Boskovich asking that we complete this matter within 30 days. He replied and promised to send a settlement draft within the week.

Dated July 11, 2014

*Gerald Roylance*
Gerald Roylance

---

Notice of Settlement

1