UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GERALD ROYLANCE, | ) | Case No. 5:13-cv-04258-PSG |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | (Re: Docket No. 31) |
| JOSEPH CARNEY, et al., | ) ) | |
| Defendants. | ) ) | |

The docket reflects that the parties have agreed to settle this case.[1] The parties thus shall dismiss the case within thirty days or show cause in writing why the case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 11, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 31 at 1 ("About a month ago, the parties agreed to settle this case.").