UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE, | Case No. 5:13-cv-04258-PSG |
| Plaintiff, | **ORDER TO SUBMIT A JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| JOSEPH CARNEY, et al., | |
| Defendants. | |

The court understands that the parties do not wish to proceed with settlement discussions with a magistrate judge. Eager to proceed with this case, the court orders the parties to submit a joint case management statement by September 19, 2014 at 5 PM. The statement should address, among other things, whether Plaintiff Gerald Roylance will pursue default judgments against Defendants Environmental Products International, Inc., Septic Safety, Inc. and D.J.C. Holding Corporation[1] or whether Roylance will voluntarily dismiss these defendants pursuant to Federal Rule of Civil Procedure 41.[2]

---

[1] *See* Docket No. 33.

[2] Fed. R. Civ. P. 41.

1
Case No.: 5:13-cv-04258-PSG
ORDER TO SUBMIT A JOINT CASE MANAGEMENT STATEMENT

1  IT IS SO ORDERED.

2  Dated: September 12, 2014

3  
4  PAUL S. GREWAL
   United States Magistrate Judge