UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD ROYLANCE,<br><br>    Plaintiff,<br>v.<br><br>JOSEPH CARNEY, et al.,<br><br>    Defendants. | Case No. 5:13-cv-04258-PSG<br><br>**ORDER SETTING SETTLEMENT CONFERENCE AND DEADLINE FOR RESPONSIVE PLEADING** |

Having considered the parties' Joint Case Management Statement,[1] the court orders the parties to attend a settlement conference with United States Magistrate Judge Nathanael Cousins. The parties shall contact Judge Cousins' chambers without delay and secure the first date Judge Cousins is available. If the parties are unable to settle the case on that date, no later than 14 days later, Defendant Environmental Safety International, Inc. shall respond to the operative complaint. If that response requires one or more rulings by the court, the court will issue any necessary scheduling order after it rules.

**SO ORDERED.**

Dated: December 3, 2014

                   _/s/ Paul S. Grewal_
                   PAUL S. GREWAL
                   United States Magistrate Judge

---

[1] *See* Docket No. 42.

1

Case No.: 5:13-cv-04258-PSG
ORDER SETTING SETTLEMENT CONFERENCE AND DEADLINE FOR RESPONSIVE PLEADING