Gerald L. Roylance
1168 Blackfield Way
Mountain View, CA 94040-2305

Phone 1-650-948-1790

Pro se

FILED
JUN 10 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## United States District Court
### Northern District of California, San Jose Division

| | |
|---|---|
| GERALD ROYLANCE,<br>Plaintiff,<br>vs.<br>JOSEPH CARNEY et al<br>Defendants | Case No.: 13 CV 04258 PSG<br><br>[PROPOSED] NOTICE OF DISMISSAL<br><br>Date:<br>Time:<br>Courtroom: 5 (4th Floor)<br>Judge: Hon. Paul Grewal |

The case has been settled. Plaintiff dismisses the ~~sole remaining Defendant~~ entire action with prejudice, ~~ENVIRONMENTAL SAFETY INTERNATIONAL, INC.~~

Dated June 10, 2015

*Gerald Roylance* (signature)
Gerald Roylance

[Proposed] Notice of Dismissal

1